IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL D. MILES,

        Petitioner,                      No. 2:12-cv-0270 KJN P

    vs.

UNKNOWN,

        Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed a request to proceed in forma pauperis. By order filed March 20, 2012, petitioner was granted an extension of time to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. No. 9.)

        Petitioner has not yet filed such petition. However, petitioner states that his petition for review was denied on November 17, 2010. (Dkt. No. 1.) The California Supreme Court's website[1] reflects that in Case No. S187249, petitioner's petition for review was denied on November 17, 2010, and the underlying Court of Appeal case number was F058347. (<u>Id.</u>) Review of the case before the Court of Appeal reflects that petitioner was convicted in the Superior Court of Stanislaus County, California. <u>People v. Miles</u>, 2010 WL 3436626 (Cal. App.

---

[1] The website was accessed at http://appellatecases.courtinfo.ca.gov/search/case/mainCaseScreen.cfm?dist=0&doc_id=1958479&doc_no=S187249 on May 16, 2012.

1

1  5 Dist. Sept. 2, 2010).  Thus, petitioner is attempting to challenge his conviction in the Stanislaus

2  County Superior Court.  Stanislaus County is part of the Fresno Division of the United States

3  District Court for the Eastern District of California.  See Local Rule 120(d).

4        Pursuant to Local Rule 120(f), a civil action which has not been commenced in

5  the proper division of a court may, on the court's own motion, be transferred to the proper

6  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

7  court.  This court has not ruled on petitioner's request to proceed in forma pauperis, or his

8  motions for extension of time filed April 23 and 30, 2012.

9        Good cause appearing, IT IS HEREBY ORDERED that:

10        1.  This court has not ruled on docket numbers 7, 10 or 11;

11        2.  This action is transferred to the United States District Court for the Eastern

12  District of California sitting in Fresno; and

13        3.  All future filings shall reference the new Fresno case number assigned and

14  shall be filed at:

15        United States District Court
      Eastern District of California

16        2500 Tulare Street
      Fresno, CA 93721

18  DATED:  May 17, 2012

20        /s/ Kendall J. Newman
      KENDALL J. NEWMAN

21        UNITED STATES MAGISTRATE JUDGE

22  mile0270.109